**samuel e. goldstein & associates**
samuel e. goldstein (sbn 076559)
elizabeth r. williams (sbn 259677)
1777 botelho drive, suite 345
walnut creek, california 94596-5084
telephone:     (925) 906-4700
facsimile:     (925) 906-4703

Attorneys for Andrew Phillips, Kelsey Phillips, Gerald A. Swenson
Deborah K. Swenson, Cheryl M. Haley, Ty Ebright individually and dba
Monterey Bay Resources and as Trustee of The Ty Ebright Defined Benefit Trust,
Monterey Bay Resources, Inc., Ami Ebright, William Lau, Michelle Lau, David Gonsalves
successor Trustee of the Joe Gonsalves trust dated 5/17/2000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY L. BEAVERS, RONALD W. BEAVERS, <br><br> Plaintiffs, <br><br> vs. <br><br> TY KEITH EBRIGHT, an individual, and doing business as Monterey Bay Resources, and as trustee of the Ty Ebright Defined Benefit Trust; MONTEREY BAY RESOURCES, INC., a California Corporation; PLM LENDER SERVICES, INC., a California Corporation; JENNIFER HADEN, an individual; JOHN CHEN, an individual; INFOLOAN, INC., a California Corporation; WILLIAM LAU, an individual; MICHELLE LAU, and individual; ROBERT BRUCE PUTERBAUGH, an individual; ANDREW PHILLIPS, an individual; KELSEY PHILLIPS, an individual; JOE GONSALVES, an individual and as trustee of the Joe Gonsalves Trust; GERALD A. SWENSON, an individual and as trustee of the Escapade Trust; DEBORAH K. SWENSON, an individual and as trustee of the Escapade Trust; AMI EBRIGHT, an individual and as trustee of the Ty Ebright Defined Benefit Trust; CHERYL M. HALEY, an individual; and Does 1-20 inclusive, <br><br> Defendants. <br> _____/ | CASE NO.  10-00901 SI <br><br><br> **ORDER APPROVING STIPULATION AND GRANTING AN EXTENSION OF TIME TO PLEAD** |

1  The Court having read the stipulation of counsel to grant defendants an extension of time to plead and good cause appearing:  It is Hereby Ordered that the stipulation of the parties is approved and defendants shall have to and including March 15, 2010 within which to plead to the removed action.

DATED: March ___, 2010

*Susan Illston*
_____
Judge of the United States District Court