IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY L. BEAVERS, ET AL., | No. C 10-00901 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TY KEITH EBRIGHT, ET AL., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 5, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 17, 2010.

DESIGNATION OF EXPERTS: 3/4/11; REBUTTAL: 3/14/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 31, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by January 14, 2011;

Opp. Due January 28, 2011; Reply Due February 4, 2011;

and set for hearing no later than February 18, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 19, 2011 at 3:30 PM.

JURY TRIAL DATE: May 2, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate-Judge Spero for settlement purposes. The settlement conference shall occur in October 2010.
The Court has removed this from the mediation program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge