*IT IS SO ORDERED*
*/s/ Susan Illston*
*Judge Susan Illston*

1  PETER F. WINDREM, ESQ. SBN 043914
   WINDREM LAW FIRM
2  401 North Main Street
   Lakeport, CA 95453
3  Telephone: (707) 263-8800
   Facsimile: (707) 263-6224
4  Email: pwindrem@windremlaw.com

5  Attorney for Defendant
   ROBERT BRUCE PUTERBAUGH
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BETTY L. BEAVERS, RONALD W. BEAVERS, | Case No. C10-00901 SI |

12            Plaintiffs,

13 v.

14 | TY KEITH EBRIGHT, an individual, and doing business as Monterey Bay Resources, and as trustee of the Ty Ebright Defined Benefit Trust; MONTEREY BAY RESOURCES, INC., a California Corporation; PLM LENDER SERVICES, INC., a California Corporation; JENNIFER HADEN, an individual; JOHN CHEN, an individual; INFOLOAN, INC., a California Corporation; WILLIAM LAU, an individual; MICHELLE LAU, an individual; ROBERT BRUCE PUTERBAUGH, an individual; ANDREW PHILLIPS, an individual; KELSEY PHILLIPS, an individual; JOE GONSALVES, an individual and as trustee of the Joe Gonsalves Trust; GERALD A. SWENSON, an individual and as trustee of the Escapade Trust; DEBORAH K. SWENSON, an individual and as trustee of the Escapade Trust; AMI EBRIGHT, an individual and as trustee of the Ty Ebright Defined Benefit Trust; CHERYL M. HALEY, an individual; and Does 1-12 inclusive, | SUBSTITUTION OF ATTORNEYS BY DEFENDANT ROBERT BRUCE PUTERBAUGH |

25            Defendants.
   _____/

27      THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

28      Defendant ROBERT BRUCE PUTERBAUGH, formerly represented by attorney SAMUEL E.

- 1 -

SUBSTITUTION OF ATTORNEYS BY DEFENDANT ROBERT BRUCE PUTERBAUGH

1  GOLDSTEIN & ASSOCIATES, hereby substitutes as his attorney PETER F. WINDREM, ESQ, SBN

2  043914, WINDREM LAW FIRM, 401 North Main Street, Lakeport, California 95453, telephone

3  (707)263-8800, facsimile (707)263-6224, email pwindrem@windremlaw.com.

4      I consent to this substitution.

5  Dated: August 4, 2010            /s/ Robert Bruce Puterbaugh
                                           ROBERT BRUCE PUTERBAUGH, Defendant

7      I consent to this substitution

8  Dated: August 5, 2010            /s/ Samuel E. Goldstein
                                           SAMUEL E. GOLDSTEIN, Attorney

10      I consent to this substitution.

11  Date: August 5, 2010             /s/ Peter F. Windrem
                                           PETER F. WINDREM, Attorney

SUBSTITUTION OF ATTORNEYS BY DEFENDANT ROBERT BRUCE PUTERBAUGH

## PROOF OF SERVICE BY MAIL

I am employed in Lake County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 401 North Main Street, Lakeport, California 95453. I am readily familiar with the business practice of the Windrem Law Firm for the collection and processing of correspondence with the United States Postal Service, to-wit, correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

I served the attached SUBSTITUTION OF ATTORNEYS BY DEFENDANT ROBERT BRUCE PUTERBAUGH by putting copies in sealed envelopes, postage prepaid, addressed as follows:

| | |
|---|---|
| Fabian Louis Giatti<br>Bay Area Legal Aid<br>1025 MacDonald Avenue<br>Richmond, CA 94802 | Mark Andrew White<br>Chapman, Popik & White, LLP<br>650 California Street, 19th Floor<br>San Francisco, CA 94108 |
| Noah Zinner<br>Housing and Economic Rights Advocates<br>P.O. Box 29435<br>Oakland, CA 94604 | Samuel E. Goldstein<br>Elizabeth R. Williams<br>Samuel E. Goldstein & Associates<br>1777 Botelho Drive, Suite 345<br>Walnut Creek, CA 94596-6084 |
| Philip Mark Adelson<br>Lisa J. Parella<br>Adelson Hess & Kelly, APC<br>577 Salmar Avenue, 2nd Floor<br>Campbell, CA 95008 | Bruce C. F. McArthur<br>Law Office of Bruce C. F. McArthur<br>2121 N. California Boulevard, #535<br>Walnut Creek, CA 94596 |

I then placed the same for collection and mailing on this date at the Windrem Law Firm, in accordance with the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: August 5, 2010                              /s/ Kimerberley K. Graziano
                                                  KIMBERLEY K. GRAZIANO

- 3 -
SUBSTITUTION OF ATTORNEYS BY DEFENDANT ROBERT BRUCE PUTERBAUGH